# CIVIL MINUTES – GENERAL

Case No.   ED CV 17-2311-RSWL                                         Date: January 16, 2018

Title    *Jeffrey Elias Kane v. Chino State Prison*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 7, 2017, Jeffrey Elias Kane ("Plaintiff") a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint"), alleging that an unnamed employee of Chino State Prison poisoned him. (Dkt. No. 1.) On November 28, 2017, the Court issued an Order dismissing the Complaint and granting Plaintiff leave to file a First Amended Complaint ("FAC") that corrected the deficiencies in his Complaint. (Dkt. No. 7.) The Court ordered Plaintiff to file his FAC by no later than December 28, 2017.  The Court also warned Plaintiff that his failure to comply and file a First Amended Complaint on or before the December 28, 2017 deadline could result in dismissal. (*See id.*)

Two weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has neither filed a First Amended Complaint, notified the Court of a change of address, nor otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 16, 2018** why the Court should not recommend that this action be

dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's November 28, 2017 order; or (2) a First Amended Complaint correcting the deficiencies identified in the November 28, 2017 Order.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(2).

**Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |