**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JEFFREY ELIAS KANE,** | ) | **NO. ED CV 17-2311-RSWL (KS)** |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **CHINO STATE PRISON,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's ORDER, IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:   3/13/2018     s/ RONALD S.W. LEW
                       HON. RONALD S.W. LEW
                       UNITED STATES DISTRICT JUDGE